IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

MARILYN MILLER,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a New Mexico Foreign Profit Corporation,

    Defendant.

No. 1:22-cv-00523-KWR-LF

## ORDER DISMISSING EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE

Upon consideration of Plaintiff Marilyn Miller's ("Plaintiff") and Defendant Experian Information Solutions, Inc.'s *Stipulated Motion to Dismiss Experian Information Solutions, Inc. with Prejudice* (**Doc. 27**) filed on **December 5, 2022**,

**IT IS HEREBY ORDERED** that each and every cause of action alleged by and between Plaintiff and Defendant Experian Information Solutions, Inc. are **DISMISSED WITH PREJUDICE.** Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

**DATED:**  December 6, 2022

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**